UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-mj-8713-WM

UNITED STATES OF AMERICA

v.

KENNETH WAYNE BROWN III,

Defendant.
_____/

FILED BY_____SW_____D.C.

Dec 2, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

# CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   ☐ Yes  ☑ No

2. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   ☐ Yes  ☑ No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   ☐ Yes  ☑ No

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?   ☐ Yes  ☑ No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

BY: _____
     Katie Wilson

KATIE WILSON
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.  1026417
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:   (561) 209-1043
Fax:   (561) 820-8777
Email: Katie.Sadlo@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 25-mj-8713-WM |
| KENNETH WAYNE BROWN III,, | ) | |
| | ) | |
| *Defendant(s)* | ) | |

FILED BY_____SW_____D.C.

Dec 2, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 19, 2025 in the county of Palm Beach in the Southern District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) and (b)(1) | Distribution of Child Pornography |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Gennady Julien, Special Agent FBI
*Printed name and title*

Sworn to and attested to me by applicant by telephone (Facetime) per the requirements of Fed. R. Crim. P.4 (d) and 4.1.

Date: December 2, 2025

_____
*Judge's signature*

City and state: West Palm Beach, FL    William Matthewman, Chief U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A COMPLAINT

### I. **AFFIANT'S BACKGROUND**

I, Gennady Julien, having been first duly sworn, do hereby depose and state as follows:

1. I have been employed as a Special Agent of the FBI since 2019 and am currently assigned to Miami Division, Palm Beach County Resident Agency. While employed by the FBI, I have investigated a variety of federal criminal violations, including but not limited to; crimes against children, matters related to child pornography, sexual exploitation of minors and child pornography using facilities of interstate or foreign commerce. Moreover, I am a federal law enforcement officer engaged in enforcing criminal laws of the United States, including 18 U.S.C. §§ 2252 and 2252A, et seq.

2. In this capacity, I have investigated child exploitation and internet crimes against children cases. I have participated in investigations of persons suspected of violating federal obscenity and child pornography laws, including Title 18, United States Code, Sections 2251, 2252, 2252A and 2422. These investigations have included the use of surveillance techniques, undercover activities, the interviewing of subjects and witnesses, and the planning and execution of arrest, search, and seizure warrants. In the course of these investigations, I have reviewed still images and videos containing child pornography and images depicting minor children engaged in sexually explicit conduct on a wide variety of forms of electronic media including computers, digital cameras, and wireless telephones, and have discussed and reviewed these materials with other law enforcement officers. I have also participated in training programs for the investigation and enforcement of federal child pornography laws relating to the use of computers for receiving, transmitting, and storing child pornography.

3. Based on the information set forth in this affidavit, there is probable cause to believe that on or about November 19, 2025, KENNETH WAYNE BROWN III knowingly distributed child pornography, in violation of 18 U.S.C. § 2252A(a)(2) and (b)(1).

4. Since this affidavit is being submitted for the limited purpose of establishing probable cause, I have not included each and every fact known concerning this investigation. I have included only those facts and circumstances that I believe are sufficient to establish probable cause.

5. The statements contained in this affidavit are based upon my investigation, information provided by other sworn law enforcement officers and other personnel specially trained in the seizure and analysis of computers and electronic mobile devices and electronic storage devices, and on my experience and training as a federal agent.

## PROBABLE CAUSE

### Case Referral

6. On or about August 8, 2025, a Special Agent with the U.S. Naval Criminal Investigative Service (NCIS) located in Yokosuka, Japan provided FBI Miami with information related to an individual, BROWN, who is located in the Southern District of Florida and was engaging in the Receipt/Transportation/Distribution of child pornography in violation of 18 U.S. Code §§ 2252 and 2252A(a)(1) and (2). Based on their investigation, involving a Navy service member, NCIS executed a federal search warrant on their subject's Google account, and a warrant on his electronic devices. After forensic review, NCIS identified a series communications between their subject and a user operating under the alias "Knt Ty" on an online mobile messaging application, Telegram. The messages demonstrated the solicitation, purchase, and distribution of child pornography. "Knt Ty" transmitted multiple child sexual abuse material ("CSAM") files and provided a PayPal payment link of www.paypal.me/KendrickDavis139.

7. PayPal Holdings, Inc. provided NCIS with subscriber information in reference to account KendrickDavis139, which revealed the account holder as Kendrick Davis, along with multiple addresses to include an address in West Palm Beach, Florida ("TARGET RESIDENCE"), telephone number ending 5589 ("TARGET TELEPHONE"), email address: Kenganking568@gmail.com and Internet Protocol address: 73.56.40.13 ("TARGET IP ADDRESS"). Based upon this information, NCIS determined BROWN was living within the Southern District of Florida and the information was provided to FBI Miami.

### Further Records Establishing BROWN's Control of Accounts

8. Comcast provided FBI Miami with subscriber information records related to the TARGET IP ADDRESS which revealed the address of the TARGET RESIDENCE and the subscriber as Lakisha Davis. Based upon Birth Certificate records provided to the Florida Driver and Vehicle Information Database (DAVID) for BROWN, FBI Miami identified Lakisha Davis as the mother of BROWN.

9. TD Bank provided account records for checking account number ending in 7863 and debit account number ending in 2940 which were previously linked to BROWN's PayPal account. The TD Bank records revealed the account is a joint account shared by BROWN and Davis. The address associated with the TD Bank accounts was an address in Miami, Florida. Based on information provided to me by other law enforcement officers, BROWN previously lived in the City of Miami.

10. Social media searches for Kenganking568@gmail.com located an EBay account associated with the email address. EBay, Inc. provided FBI Miami subscriber information associated with the email address. The subscriber information is as follows: Kendrick Davis, at the

3

TARGET RESIDENCE, with the TARGET TELEPHONE. Additionally, the registration IP Address was listed as the TARGET IP ADDRESS with a registration date of September 25, 2025.

11. On November 17, 2025, Telegram provided account information related to an active Telegram account associated with TARGET TELEPHONE. The TARGET TELEPHONE was associated to an active Telegram account username: @Bbbbbbb139b and the TARGET IP ADDRESS.

## FBI Undercover Activity with BROWN

12. On or about November 19, 2025, an FBI undercover employee ("UCE") located in the Southern District of Florida began communicating with BROWN via Telegram username: @Bbbbbbb139b. In the communications, BROWN and the FBI UCE discussed the prices of buying child pornography, specifically, BROWN and the FBI UCE had the following conversation:

| Sender | Message |
|---|---|
| UCE | What's up??<br><br>U selling or no? I lik then yung tho |
| BROWN | Yea I'm Selling |
| UCE | What the youngest u got? |
| BROWN | Idk probably 7 |
| UCE | Cool<br><br>How much? |
| UCE | No babies mayb toddler u? |
| BROWN | 30$ for 100 vids<br>10$ for 30 vids<br>20$ for 50 vids<br>40$ for 200<br>50$ for 300<br>60$ for 400<br>70$ for 500 |

4

|  | 80$ for 600<br>90$ for 700<br>100$ for 800 |
|---|---|

13.     Prior to the purchase, BROWN sent a sample of child pornography which was approximately 24 seconds in duration and appeared to be of a prepubescent minor female providing oral sex on an adult male penis. BROWN provided a PayPal account of BillWilliams722 and advised that his CashApp and Venmo were banned. Specifically, BROWN stated, "Nah my shit got perma banned can't even make a new one" and "That's the problem with this selling shit".

14.     The FBI UCE and BROWN agreed to $30.00 for approximately 200 videos of child pornography. Prior to sending the $30.00, the FBI UCE asked BROWN what they should write in the notes section to which BROWN responded, "Lunch". The FBI UCE located the PayPal account BillWilliams722 and took a screenshot of $30.00 and the note, "Lunch". The FBI UCE also asked BROWN if this was their account to which he responded, "Yea".  The FBI UCE sent BROWN the $30.00 via PayPal account BillWilliams722 and BROWN later sent approximately 240 videos on Telegram of what appears to be child pornography, to include prepubescent minor females. Descriptions of three videos are listed below:

  a) Video 1: One video, approximately 12 seconds in duration, of a prepubescent female, being anally penetrated by an adult male penis while also performing oral sex on a second adult male penis.

  b) Video 2: One video, approximately 17 seconds in duration, of a prepubescent minor female who is restrained in handcuffs, leg cuffs, neck brace and a blind fold while being vaginally penetrated by an adult male penis.

5

    c) Video 3: One video, approximately 5 minutes in duration, of a prepubescent minor female who performs oral sex on an adult male penis and then is vaginally penetrated by an adult male penis.

15.    Later in the conversation, BROWN discussed sending his penis on Snapchat, obtaining nudes from minors and attempting to be hands-on with his minor female cousin. Specifically, the FBI UCE and BROWN had the following conversation:

| Sender | Message |
|---|---|
| UCE | U into it? Wat ur type.. |
| BROWN | Yea I'm into it i like black girls mostly. Love twerk vids but love whatever I can find a new fucking or bj vid. |
| UCE | Deffff U ever create new shit lik on snap or watever.. I heard some girlsss will for $$<br><br>But idk |
| BROWN | They do<br><br>Mostly like middle schoolers and high schoolers<br><br>The middle schoolers are pretty dumb enought to get scammed<br><br>Snap is pretty decent |
| UCE | Niceeee<br><br>U just lik hit them up randomly… |
| BROWN | Yep<br><br>I don't be paying fr<br><br>I just show them my dick and see if they big enough hoes or not |
| UCE | Lollll<br><br>U get em young on there or they all oldrrr tho?? |
| BROWN | Young<br><br>Shit is pure luck |

6

|  | | |
|---|---|---|
|  | Oh yea never show yo face unless you gonna fuck em |
| UCE | Damnnnn!!! |
| BROWN | I'm soo fucking serious <br><br> To many niggas showing they face to any Lil bitch <br><br> Unless you dead sure you fucking never show your face |
| UCE | I appreciate the infooo that craaaa |
| BROWN | Good luck |
| UCE | Hav u got u fuck one? |
| BROWN | Nah I got sum nudes but I always lose my account or they pussy out <br><br> Been trying on a lil cousin tho <br><br> Gonna try to make her suck my dick |
| UCE | Damnnnn…. Wat the yungst u got?? <br><br> Get outtt <br><br> How old she?? |
| BROWN | The youngest I got nudes off of was 10 <br><br> 8 or 9 |
| UCE | Damnnn u lucky bro |
| BROWN | She always up under me and shit |
| UCE | She liv w u? |
| BROWN | I been rubbing in and grabbing her ass for awhile so I'm gonna try and get lucky <br><br> Nah |
| UCE | Damnnn u so luckyyy <br><br> U see her a lot tho?? |
| BROWN | Every now and again |

7

### FBI New Orleans Case and Additional Identification of BROWN

16. FBI Miami located an FBI New Orleans case associated with BROWN. A search warrant for the device of a New Orleans subject revealed a Telegram chat between the New Orleans's subject and display name "Knt Ty", username @king of young. The chats appeared to be saved from, on or about April 8, 2023, and the conversation consisted of the purchasing of child pornography videos. In one conversation the price of $20 dollars was sent for approximately 700 videos. There were multiple exchanges of money throughout the conversation utilizing CashApp. Based on review, BROWN utilized multiple CashApp usernames to collect payment to include: $tygodsun, $kwillbands, $bubthegod, $davidtheg57, and $bobbon5 ("TARGET CASHAPP USERNAMES").

17. Block, Inc provided FBI New Orleans subscriber information in reference to the TARGET CASHAPP USERNAMES, which revealed the TARGET ADDRESS, the TARGET TELEPHONE, verification images uploaded of BROWN'S Florida driver's license, and images of a black male, which appear to match the DAVID driver's license for BROWN.

### Post-Distribution Investigation

18. On November 28, 2025, FBI personnel began receiving ping and tower data regarding the TARGET TELEPHONE that was authorized in case number 25-mj-8704-RMM. Ping data showed the location of the TARGET TELEPHONE moving between the area of Palm Beach Lakes Boulevard, Australian Avenue, and Okeechobee Boulevard in West Palm Beach. Law enforcement database queries and contacts made by FBI personnel revealed BROWN worked at the Kravis Center part time as a parking attendant. This information corroborated the association of the ping data to BROWN as the TARGET RESIDENCE is proximal to Palm Beach Lakes

Boulevard and Australian Avenue, and the Kravis Center is proximal to Okeechobee Boulevard and Australian Avenue.

19. On December 2, 2025, FBI personnel conducting surveillance observed BROWN exiting the TARGET RESIDENCE and escorting what appeared to be a five (5) year old boy to school. Ping data from the TARGET TELEPHONE placed the TARGET TELEPHONE in the same general vicinity as the TARGET RESIDENCE, and therefore in the same general vicinity as BROWN, at the time of the surveillance.

20. On December 1, 2025, FBI personnel received subpoena return information from Paypal for the account bearing the username BillWilliams722, which was used for the November 19, 2025, CSAM transaction. The Paypal return information revealed the account was registered with the TARGET TELEPHONE, listed the same Miami address as the TD Bank account referenced in paragraph 9, and was connected to a debit account with TD Bank.

## CONCLUSION

21.    Based upon the information provided above, I respectfully submit that on or about November 19, 2025, KENNETH WAYNE BROWN III did knowingly distribute child pornography, in violation of 18 U.S.C. § 2252A(a)(2) and (b)(1).

*FURTHER SAYETH YOUR AFFIANT NAUGHT.*

Respectfully submitted,

*Gennady Julien*
GENNADY JULIEN
Special Agent, Federal Bureau of Investigation

Sworn and Attested to me by Applicant by Telephone (FaceTime) per Fed.R.Crim.P. 4(d) and 4.1. on December  2nd , 2025.

_____
CHIEF UNITED STATES MAGISTRATE JUDGE
WILLIAM MATTHEWMAN

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 25-mj-8713-WM

### BOND RECOMMENDATION

DEFENDANT: KENNETH WAYNE BROWN III

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   KATIE WILSON

Last Known Address: 926 Abraham Avenue

West Palm Beach, FL

What Facility:

Agent(s): Special Agent Gennady Julien, FBI
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (OTHER)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: KENNETH WAYNE BROWN III

**Case No**: 25-mj-8713-WM

Distribution of Child Pornography

18 U.S.C. § 2252A(a)(2) and (b)(1)
* **Max. Term of Imprisonment:** 20 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 5 years
* **Max. Supervised Release:** Life (mandatory minimum of 5 years)
* **Max. Fine:** $250,000
* **Special Assessment**: $5,000

*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.